Social Security Administration
**Retirement, Survivors and Disability Insurance**
Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: December 19, 2022
BNC#: 22T2801A32285-D

0004771 00014904    1 AB  0.491  I2I2M1T2R2PN  T50 P6
PATRICIA A HAYES
6020 SPRUCE STREET
PHILADELPHIA PA 19139-3738

(BK)# 2310242

FEB 9 2023

We are writing to you about your Social Security benefits.

**What You Should Know**

As you requested on or about December 12, 2022 we changed your direct deposit information. We will send your Social Security payments to the new financial institution or account you selected.

You should keep the old account open until we send a payment to the new account. It usually takes us 1 to 2 months to change where we send payments.

Please let us know right away if your address changes so we can send any future letters to your new address. Also let us know if you change the bank account where we send your payments.



**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $1,867.00 for December 2022 around January 11, 2023.

- After that you will receive $1,867.00 on or about the second Wednesday of each month.

C        See Next Page

```
QUESTIONS?        TEMPLE UNIVERSITY        BANKRUPTCY #
1-800-765-6148                             23 10242        0038346275
```

| CURRENT---> GROSS | 187.83 | DEDUCTIONS | | NET | 187.83 |
|---|---|---|---|---|---|
| BENEFIT FUNDS | AMOUNT | DEDUCTION | AMOUNT | YEAR TO DATE | |
| 3251 | 187.83 | FED TAX | | FED TAX | |
| | | | | GROSS | 375.66 |
| EMPLOYEE CONTR. | 0.00 | | | NON-TAX | |
| PATRICIA HAYES | | 351022994 | | | |
| 02/01/23 | | | | | |

STATEMENT OF EARNINGS AND DEDUCTIONS
PLEASE RETAIN FOR YOUR RECORDS
TRMPO7 10/14

---

**PNC**

TEMPLE UNIVERSITY

PAYABLE DATE: 02/01/23

NOTIFICATION OF DEPOSIT

AMOUNT: $********187.83

PATRICIA HAYES
6020 SPRUCE STREET
PHILADELPHIA PA  19139

BANK ACCT NO. ********1218

**NON NEGOTIABLE**

PNC Bank, National Association
Pittsburgh, Pennsylvania

0014091

PATRICIA HAYES
6020 SPRUCE STREET
PHILADELPHIA PA  19139

FOR CHANGE OF ADDRESS
NOTIFY US IN WRITING
WITH SIGNATURE TO:

PNC
P.O. BOX 606
PITTSBURGH, PA 15230-0606

IF PAYEE IS DECEASED PLEASE
CONTACT US AT THE TOLL FREE
NUMBER ABOVE.



BANKRUPTCY NUMBER
23 10242



BK # 23 10242

footer: https://mail.google.com/mail/u/0/h/1cjq5ysoxgp3g/?&th=1861f651bc209316&v=c&s=s    2/5/2023

BANKRUPTCY II
23 10242





BANKRUPTCY #
23 10242