UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

March 7, 2023

To:
**Patricia A. Hayes**
6020 Spruce Street
Philadelphia PA 19139

In re: **Patricia A. Hayes**
Bankruptcy No. **23-10242-amc**
Adversary No.
Chapter 7

Re    **Amended Schedule F**

The above document(s) were filed in this office on March 6, 2023**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

     ()       Voluntary Petition
     ()       Adversary Proceeding
     (XX)    $32.00 Filing Fee for Amendments
     ()       $26.00 Claims Transfer Fee
     ()       Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By:  **Lisa Henry**
Deputy Clerk

*Fee Notice*
*(12/23/20)*