United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10242-amc

Patricia A. Hayes     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 10, 2023     Form ID: 318     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Hayes, 6020 Spruce Street, Philadelphia, PA 19139-3738 |
| 14751709 | | C&F Finance Company, 500 Audubon Drive, Herico CA 23231 |
| 14762975 | + | Dividend Solution, One California St, Ste 1500, San Francisco CA 94111-5416 |
| 14751714 | + | LoanDepot.Com, 6561 Irvine Center Drive, Irvine CA 92618-2118 |
| 14762977 | + | U.S. Small Business Administration-PPP, PO Box 3918, Portland OR 97208-3918 |
| 14762976 | + | US Small Business Administration-EIDL, PO Box 156119, Fort Worth TX 76155-1119 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 10 2023 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14762974 | + | Email/Text: bnc@teampurpose.com | May 10 2023 23:55:00 | Advance America, 135 North Church St, Spartanburg SC 29306-5138 |
| 14751706 | + | Email/PDF: bncnotices@becket-lee.com | May 11 2023 00:03:23 | American Express, PO BOX 981537, El PAso TX 79998-1537 |
| 14751707 | + | EDI: AQUAFINANCE.COM | May 11 2023 03:51:00 | Aqua Finance, 1 Corporate Cove, Suite 300, Wausau WI 54401-1724 |
| 14751708 | + | Email/Text: bankruptcy@bbandt.com | May 10 2023 23:55:00 | Branch B&T, PO BOX 1847, Wilson NC 27894-1847 |
| 14751710 | + | Email/Text: bankruptcy@dividendfinance.com | May 10 2023 23:55:00 | Dividend Solar Finance, 3661 Buchanan Street, San Francisco CA 94123-1788 |
| 14751712 | + | Email/Text: EBNBKNOT@ford.com | May 10 2023 23:55:00 | Ford Motor Credit, PO BOX 542000, Omaha NE 68154-8000 |
| 14751713 | | Email/Text: ktramble@lendmarkfinancial.com | May 10 2023 23:55:00 | Lendmark Financial Service, 2118 Usher Street, Covington GA 30014 |
| 14751715 | + | EDI: NFCU.COM | May 11 2023 03:51:00 | Navy FCU, 820 Follin Lane, Vienna VA 22180-4907 |
| 14752350 | | EDI: PENNDEPTREV | May 11 2023 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14752350 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 10 2023 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14751716 | + | Email/Text: bankruptcy1@pffcu.org | May 10 2023 23:55:00 | Police and Fire FCU, 901 Arch Street, Philadelphia PA 19107-2495 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 10, 2023 | Form ID: 318 | Total Noticed: 17
TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14751711 | ##+ | First Progress Card, PO BOX 84010, Columbus GA 31908-4010 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:

**Name** | **Email Address**

CHRISTINE C. SHUBERT
christine.shubert@comcast.net  J100@ecfcbis.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor LOANDEPOT.COM LLC mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patricia A. Hayes<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7491<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23-10242-amc | |

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia A. Hayes

5/10/23                                        **By the court:**  Ashely M. Chan
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                   **Order of Discharge**                   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**